**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA,<br><br>        Plaintiffs,<br>   v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT, *et al.*,<br><br>        Defendants.<br>_____/ | No. C 08-4630 SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |

In a brief filed December 2, defendants stipulate that their motion to dismiss plaintiffs' complaint is moot in light of plaintiffs' first amended complaint. [Docket No. 13] Accordingly, defendants' motion to dismiss is DISMISSED AS MOOT. The January 16 hearing on defendants' motion is VACATED.

**IT IS SO ORDERED.**

Dated: January 13, 2009

                                                                                               SUSAN ILLSTON
                                                                                               United States District Judge