Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Gretchen M. Shipley, SBN 208768
gshipley@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Defendants
PERALTA COMMUNITY COLLEGE
DISTRICT; KERRY COMPTON; DEREK
PIAZZA; and PETER SIMON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; KERRY COMPTON; DEREK PIAZZA; and PETER SIMON,<br><br>Defendants. | CASE NO. C08-04630<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY MEMORANDUM TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' 12(b)(6) MOTION TO DISMISS**<br><br>[Civil Local Rule 6-1(b)]<br><br>Trial Date: None Set<br><br>Crtrm.: 10, 19th Floor<br>Judge: Honorable Susan Illston |

Pursuant to the United States District Court Northern District of California Civil Local Rule 6-1(b), the parties to the above-captioned action submit the attached stipulation to extend the deadline, to and including Friday, February 20, 2009, by which Defendants Peralta Community College District ("College"), Kerry Compton ("Compton"), Derek Piazza ("Piazza"), and Peter Simon ("Simon") (collectively "Defendants") may file their Reply to Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss Plaintiffs' Verified First Amended Complaint.

Case 3:08-cv-04630-SI Document 24 Filed 02/19/2009 Page 2 of 2

## RECITALS

1. Whereas, on January 9, 2009, Defendants filed a 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint for Injunction and Declaratory Relief and Attorney Fees ("Complaint"), set for hearing on February 27, 2009.

2. Whereas, on February 6, 2009, Plaintiffs filed and served their Opposition to the Motion.

3. Whereas, on February 13, 2009, the parties submitted a Joint Case Management Conference Statement that provided for the Reply to be filed by February 20, 2009, but Defendants did not seek or obtain a stipulation and order from the Court permitting the filing of the reply memorandum less than 14 days prior to the hearing.

4. Whereas, Plaintiffs' counsel does not object to the filing of Defendants' Reply Memorandum on Friday, February 20, 2009;

## STIPULATION

WHEREFORE, based on the foregoing recitals, THE PARTIES HEREBY STIPULATE that the Defendants may file their Reply to Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss Verified First Amended Complaint on Friday, February 20, 2009.

DATED: February 19, 2009       BERGQUIST, WOOD & ANDERSON, LLP

By: _____
Steven N.H. Wood
Attorneys for Plaintiffs
Kandy Kyriacou and Ojoma Omaga

DATED: February 19, 2009       FAGEN FRIEDMAN & FULFROST, LLP

The motion is continued to 3/6/09 @ 9:00 a.m.

By: _____
Roy A. Combs
Gretchen M. Shipley
Attorneys for Defendants
Peralta Community College District, Kerry Compton, Derek Piazza and Peter Simon

00364.00103/119941.1

IT IS SO ORDERED
Judge Susan Illston

C08-04630
[EXTEND] DEADLINE FOR DEFENDANTS TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211