IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KYRIACOU, | No. C 08-04630 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| PERALTA COMMUNITY COLLEGE DISTRICT, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 7, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 30, 2009.

DESIGNATION OF EXPERTS: 11/6/09; REBUTTAL: 11/16/09.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 30, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by January 15, 2010;

Opp. Due January 29, 2010; Reply Due February 5, 2010;

and set for hearing no later than February 19, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 6, 2010 at 3:30 PM.

JURY TRIAL DATE: April 19, 2010 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall inform the Court within the next two weeks of the type of ADR procedure they will be participating in and when it will occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge