IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA, | No. C 08-4630 SI |
| Plaintiffs, | **SCHEDULING ORDER RE: DISCOVERY DISPUTE** |
| v. | |
| PERALTA COMMUNITY COLLEGE DISTRICT, *et al.*, | |
| Defendants. | |

Defendants have filed a motion for a protective order. The motion is scheduled for hearing on September 11, 2009. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is appropriate for resolution without oral argument and VACATES the hearing. If plaintiffs wish to file an opposition, they shall do so by **July 20, 2009**. Defendants' reply, if any, shall be filed by **July 27, 2009**.

**IT IS SO ORDERED.**

Dated: July 10, 2009

SUSAN ILLSTON
United States District Judge