Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile:  (925) 938-4354
wood@wcjuris.com
cjs@wcjuris.com

Kevin T. Snider (CA SBN 170988)
Matthew B. McReynolds (CA SBN 234797)
**PACIFIC JUSTICE INSTITUTE**
P.O. Box 276600
Sacramento, CA 95827
Telephone: (916) 857-6900
Facsimile:  (916) 857-6902
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

Attorneys for Plaintiffs
KANDY KYRIACOU and OJOMA OMAGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA,<br><br>Plaintiffs,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; KERRY COMPTON, as Vice President of Student Services at College of Alameda; DEREK PIAZZA, as instructor of Apparel Design & Merchandising at College of Alameda; and PETER SIMON, as Division I Dean at College of Alameda.<br><br>Defendants. | Case No. 3:08-cv-4630-SI<br><br>**STIPULATION [& ORDER] TO CONTINUE PROTECTIVE ORDER OPPOSITION DEADLINE, CASE MANAGEMENT STATEMENT DEADLINE, AND CASE MANAGEMENT CONFERENCE; DECLARATION OF CHRISTOPHER SCHWEICKERT PER L.R. 6-2(a)**<br><br>Courtroom:  10 (19th Floor)<br>Judge:       Honorable Susan Illston |

Whereas the parties are conducting settlement negotiations, under Local Rules 6-1(b) and

6-2, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

*(left margin, rotated)* BERGQUIST, WOOD & ANDERSON, LLP
ATTORNEYS AT LAW
1470 MARIA LANE, SUITE 300
WALNUT CREEK, CALIFORNIA 94596
(925) 938-6100 FACSIMILE (925) 938-4354

1. To continue the deadline for Plaintiffs' opposition to Defendants' motion for protective order from 7/20/2009 to **Monday, 8/24/2009**, with reply (if any) due by **Friday, 8/31/2009**;

2. To continue the Case Management Conference from Friday, 8/7/2009 to **Friday, 8/28/2009, at 3:00pm** (or the first available date/time thereafter), with the Joint Case Management Statement due by **Friday, 8/14/2009**.

Per Local Rule 6-2(a), a declaration in support of this request is attached as Exhibit A hereto.

Respectfully submitted,

Dated: July 17, 2009            BERGQUIST, WOOD & ANDERSON, LLP

By: _____
Steven N.H. Wood, Esq.
Christopher J. Schweickert, Esq.
Attorneys for Plaintiffs
KANDY KYRIACOU and OJOMA OMAGA

Dated: July 17, 2009            FAGEN FRIEDMAN & FULFROST, LLP

By: _____
Roy A. Combs, Esq.
Gretchen M. Shipley, Esq.
Attorneys for Defendants
Peralta Community College District, Kerry
Compton, Derek Piazza, and Peter Simon

PURSUANT TO STIPULATION, IT IS SO ORDERED.
The case management conference is continued to 9/11/09 @ 2:30 p.m.

Dated: July ___, 2009            By: _____
THE HONORABLE SUSAN ILLSTON

BERGQUIST, WOOD & ANDERSON, LLP
ATTORNEYS AT LAW
1470 MARIA LANE, SUITE 300
WALNUT CREEK, CALIFORNIA 94596
(925) 938-6100 FACSIMILE (925) 938-4354

STIPULATION [& ORDER]                                              2

EXHIBIT A

## DECLARATION OF CHRISTOPHER SCHWEICKERT PER L.R. 6-2(a)

I, Christopher J. Schweickert, declare:

I work for Bergquist, Wood & Anderson, LLP, counsel of record for Plaintiffs Kandy Kyriacou and Ojoma Omaga, upon whose behalf I make this declaration. If called as a witness I would competently testify to the following facts, all of which are within my personal knowledge:

1. This declaration is filed per Local Rule 6-2(a) to explain the parties' stipulated request for an order continuing various deadlines (the 7/20/2009 briefing deadline for Plaintiffs' opposition to Defendants motion for protective order and the 8/7/2009 Case Management Conference and 7/31/2009 Joint Case Management Statement filing deadline).

2. All previous time modifications in this case are as follows:

   a. 10/27/2008 stipulation to extend Defendants' time to answer (Doc. #4).

   b. 12/17/2008 continuance of initial CMC to 2/20/2009 (Docs. #7, 8).

   c. 2/13/2009 stipulation by parties to postpone initial disclosures to 3/20/2009 (in Rule 26(f) report, Doc. #19).

   d. 2/18/2009 continuance of initial CMC to 3/6/2009 (Doc. #22) (one week after the 12(b)(6) hearing).

   e. Stipulation (2/19/2009, Doc. #23) and order (2/20/2009, Doc. #24) to extend time for Defendants' 12(b)(6) reply.

   f. 2/19/2009 continuance of 12(b)(6) hearing to 3/6/2009 (Doc. #24).

   g. 2/23/2009 continuance of 12(b)(6) hearing and CMC to 4/3/2009 (Doc. #29).

   h. 4/3/2009 CMC: pretrial/trial deadlines set (Doc. ## 31-33).

3. The parties are currently conducting settlement negotiations with the aid of Magistrate Judge Wayne Brazil.

4. In addition, on information and belief, various counsel are unavailable during certain days in the near future (counsel for Plaintiffs Steven Wood, Esq. from July 16-31, counsel for Plaintiffs Christopher Schweickert, Esq. from August 17-23, and counsel for Defendants Roy Combs, Esq. from August 14-24).

BERGQUIST, WOOD & ANDERSON, LLP
ATTORNEYS AT LAW
1470 MARIA LANE, SUITE 300
WALNUT CREEK, CALIFORNIA 94596
(925) 938-6100 FACSIMILE (925) 938-4354

---

**STIPULATION [& ORDER]** 3

1    5.    Accordingly, the parties have stipulated to continue the protective order opposition

2  deadline, Case Management Conference, and Joint CMC Statement deadlines as provided above.

3  We respectfully request that the Court order these continuances.

4    6.    These continuances are expected to have no substantial effect on the schedule for this

5  case.

6    I, Christopher Schweickert, a citizen of the United States and resident of the State of

7  California, hereby declare under penalty of perjury under the laws of the State of California and

8  pursuant to 28 U.S.C. § 1746 that I have read the above declaration and the facts are true and

9  correct (except as to those matters stated on information and belief, and as to those matters I

10  believe it to be true).

12  Executed July 17, 2009.          By: _____

13                                      Christopher J. Schweickert, Esq.

---

**STIPULATION [& ORDER]**                                        4