Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Melissa L. Phung, SBN 257813
mphung@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for PERALTA COMMUNITY
COLLEGE DISTRICT; KERRY COMPTON;
DEREK PIAZZA; and PETER SIMON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA,<br><br>Plaintiffs,<br><br>vs.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; KERRY COMPTON; DEREK PIAZZA; and PETER SIMON,<br><br>Defendants. | CASE NO. C08-04630<br><br>**STIPULATION AND ORDER CONTINUING DATE FOR SUBMISSION OF AMENDED MOTION FOR A PROTECTIVE ORDER**<br><br>Civil L.R. 6-2 |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING ORDER:

That the date to submit an amended motion for protective order in the above matter set by the Court in its September 14, 2009 Order Denying Defendants' Motion for a Protective Order (Doc. No. 56), is extended to and including Monday, October 5, 2009.

Counsel for both parties are engaging in meet and confer negotiations in an attempt to reach a joint agreement regarding Defendants' request for a protective order regarding the release of particular information obtained through discovery proceedings. Both parties wish to resolve this issue without necessitating any further motions, and, as such, require additional time in which to meet and confer in an effort to reach such an agreement.

SO STIPULATED.

DATED: September 21, 2009          BERGQUIST, WOOD & ANDERSON, LLP

By:   /s/ Steven N.H. Wood_____

Steven N.H. Wood
Attorneys for Plaintiffs KANDY
KYRIACOU and OJOMA OMAGA

DATED: September 21, 2009          FAGEN FRIEDMAN & FULFROST, LLP

By:   /s/ Roy A. Combs_____

Roy A. Combs
Attorneys for Defendants PERALTA
COMMUNITY COLLEGE DISTRICT;
KERRY COMPTON; DEREK PIAZZA; and
PETER SIMON

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September ___, 2009         _____

Judge Susan Illston
United States District Court

00364.00103/158558.1