Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile:  (925) 938-4354
wood@wcjuris.com
cjs@wcjuris.com

Kevin T. Snider (CA SBN 170988)
Matthew B. McReynolds (CA SBN 234797)
**PACIFIC JUSTICE INSTITUTE**
P.O. Box 276600
Sacramento, CA 95827
Telephone: (916) 857-6900
Facsimile:  (916) 857-6902
kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

Attorneys for Plaintiffs
KANDY KYRIACOU and OJOMA OMAGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KYRIACOU and OJOMA OMAGA,<br><br>Plaintiffs,<br><br>v.<br><br>PERALTA COMMUNITY COLLEGE DISTRICT; KERRY COMPTON, as Vice President of Student Services at College of Alameda; DEREK PIAZZA, as instructor of Apparel Design & Merchandising at College of Alameda; and PETER SIMON, as Division I Dean at College of Alameda,<br><br>Defendants. | Case No. <u>3:08-cv-4630-SI</u><br><br>**NOTICE OF STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; PROPOSED ORDER** |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41(a) and the parties' settlement agreement confirmed on the court record on January 20, 2010, Plaintiffs hereby dismiss PERALTA COMMUNITY COLLEGE DISTRICT, all defendants, and the entire above-captioned action with prejudice.

Dated: May 3, 2010                                /s/

_____
Steven N.H. Wood, Esq. (CA SBN 161291)
Christopher J. Schweickert, Esq. (CA SBN 225942)
**BERGQUIST, WOOD & ANDERSON, LLP**

Kevin T. Snider (CA SBN 170988)
Matthew B. McReynolds (CA SBN 234797)
**PACIFIC JUSTICE INSTITUTE**

Attorneys for Plaintiffs
KANDY KYRIACOU and OJOMA OMAGA

## ORDER

IT IS HEREBY ORDERED that this entire matter is DISMISSED WITH PREJUDICE.

Dated: _____ ____, 2010      _____
                                   SUSAN ILLSTON
                                   United States District Judge

---

NOTICE OF STIPULATED DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE;
PROPOSED ORDER                                                    2